IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORISA PINEDA, individually and on behalf of all others similarly situated**     Plaintiff, | : : : : |
| v. | : Civil No. 5:24-cv-1074-JMG |
| **LAKE CONSUMER PRODUCTS, INC.**     Defendant. | : : : |

**ORDER**

**AND NOW**, this 5th day of December, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 19), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (ECF No. 25), and Plaintiff's Notice of Supplemental Authority (ECF No. 28), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge