# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORISA PINEDA, individually and on behalf of all others similarly situated,** | : <br> : CIVIL ACTION <br> : <br> : |
| **v.** | : NO. 24-1074 <br> : |
| **LAKE CONSUMER PRODUCTS, INC.** | : <br> : |

## ORDER

**AND NOW**, this 22nd day of September 2025, upon consideration of the Motion to Dismiss filed by Defendant, Lake Consumer Products, Inc. (Docket No. 37), as well as Plaintiff's opposition thereto, and all Notices of Supplemental Authority, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendant, Lake Consumer Products, Inc., (Docket No. 37), is **GRANTED** in part and **DENIED** in part.

2. Defendant's Motion is **GRANTED** to the extent it seeks to dismiss all claims contained in the Amended Complaint flowing from allegations that Defendant was required to warn of the presence of benzene on the product label as expressly preempted by the FDCA. All such labeling claims are **DISMISSED** from Plaintiff's Amended Complaint with prejudice.

3. Defendant's Motion is **GRANTED** as to Plaintiff's claim for unjust enrichment and Count VII is **DISMISSED** from Plaintiff's Amended Complaint with prejudice.

4. Defendant's Motion is **DENIED** in all other respects.

5. Defendant shall file an Answer to the Amended Complaint within twenty days of the date of this Order.

BY THE COURT:

/s/ Catherine Henry
**CATHERINE HENRY, J.**